# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

MARK STUPAR,

    Petitioner,

v.                                        Case No. 3:12cv391/LC/CJK

MICHAEL D. CREWS,

    Respondent.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated November 22, 2013. (Doc. 47). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of the objections filed.

Having considered the Report and Recommendation, and the timely filed objections, thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's Report and Recommendation (doc. 47) is adopted and incorporated by reference in this order.

2. The amended petition for writ of habeas corpus (doc. 6) challenging petitioner's convictions, sentences and revocation of probation in Okaloosa County Circuit Court Case No. 08-CF-2015, is DENIED.

3. All pending motions are DENIED as moot.

4. The Clerk is directed to close the file.

5. A certificate of appealability is DENIED.

**ORDERED** on this 6th day of January, 2014.

                                           s/ *L.A. Collier*
                                           Lacey A. Collier
                                   Senior United States District Judge